UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JAMES SPENCER,

                Plaintiff,

                                        No. 03-CV-733
   v.                               (FJS/RFT)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

APPEARANCES:                       OF COUNSEL

ERWIN, McCAIN LAW FIRM       THOMAS C. ERWIN, ESQ.
Attorney for Plaintiff
23 Elk Street
Albany, NY   12207

HON. GLENN T. SUDDABY        WILLIAM H. PEASE, ESQ.
United States Attorney       Assistant U.S. Attorney
   for the Northern
District of New York
Attorney for Defendant
P.O. Box 7198
100 South Clinton Street
Syracuse, New York   13261-7198

**FREDERICK J. SCULLIN, JR., S.J.:**

## DECISION AND ORDER

    The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge Randolph F. Treece filed August 22, 2007, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, it is

hereby

**ORDERED,** that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed August 22, 2007 is **ACCEPTED** in its entirety; and it is further

**ORDERED,** that the Commissioner's decision denying disability benefits is **VACATED AND REMANDED** solely for the calculation of benefits pursuant to sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

DATED: September 12, 2007
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge